UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

Lefelo Moss
4757 Forest Wood Ln Apt 5B
Hixson, TN 37343
(Enter above the NAME of the
plaintiff in this action.)

1:24-cv-97
McDonough/Lee

v.

Chattanooga Area Transportation Authority
1617 Wilcox Blvd
Chattanooga, TN 37406
(Enter above the NAME of each
defendant in this action.)

FILED
MAR 01 2024
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

   B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to the previous lawsuit:

      Plaintiffs: _____

      _____

      Defendants: _____

      _____

1

2. COURT: (If federal court, name the district; if state court, name the county): _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: _____

A. Is there a prisoner grievance procedure in this institution? YES ( ) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO ( )

C. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

D. If your answer to B is NO, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

F. If your answer is YES,

1. What steps did you take? _____

2

2. What was the result? _____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Lefeb Moss
Present address: 4787 Forest Wood Ln Apt B
Permanent home address: Same
Address of nearest relative: Same

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Chattanooga Area Regional Transportation Authority
Official position: Employer
Place of employment: 1617 Wilcox Blvd 37406

C. Additional defendants: _____

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

Carta? Harrassed, Targeted, violated hippa, Sexually Harrassed, created an 3hostile work environment,

EEOC portal was malfunctioning and it was showing that I recieved my right to sue on the wrong date. I didn't physically get a letter stating that I had the right to sue until December 1st of 2023. I have also had threats of being blackballed in Chattanooga. I have also had no luck in finding a lawyer. Hopefully this is correct.

4

V. **RELIEF**

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

To make me whole from unjust and unnecessary hardships that I have had to go through because of Chattanooga Area Regional Transportation's actions, and provide support for future help need from issues cause by CARTA.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _____ day of _____, 20____.

_____ 3/1/24
Signature of plaintiff(s)

5