| | |
|---|---|
| LEFELO MOSS, ) | |
| ) | Case No. 1:24-cv-97 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Susan K. Lee |
| CHATTANOOGA AREA ) | |
| REGIONAL TRANSPORTATION ) | |
| AUTHORITY, ) | |
| ) | |
| *Defendant*. ) | |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Order, Defendant's motion to dismiss (Doc. 9) is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **CLOSE** the case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT:
*LeAnna R. Wilson*
CLERK OF COURT